UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:16-CR-0036 RWS (DDN) |
| | ) | |
| IAN MACKIE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR A DETERMINATION OF**
**ADMISSIBILITY PURSUANT TO TITLE 18 U.S.C. § 3501**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Colleen C. Lang, Assistant United States Attorney for said district, and files its request pursuant to Title 18 U.S.C. § 3501 and Rule 12(d) for a determination of the admissibility of a statement by defendant.

Respectfully submitted:

RICHARD G. CALLAHAN
United States Attorney


 /s/Colleen C. Lang
COLLEEN C. LANG #56872MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
Colleen.Lang@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Patrick Conroy
Attorney

/s/ *Colleen C. Lang*
Colleen C. Lang, 56872MO
Assistant United States Attorney