```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )
                                )
v.                              )   No. 4:16-CR-00036-RWS-DDN
                                )
IAN MACKIE,                     )
                                )
     Defendant.                 )
```

## MOTION TO WITHDRAW

Comes now Patrick T. Conroy, Attorney At Law, and at the request of the Defendant, said request which was received by counsel on July 19, 2016, counsel respectfully moves this Honorable Court to allow him to withdraw as Defendant's attorney in the above matter.

        /s/ Patrick T. Conroy
Patrick T. Conroy #41160MO
Attorney for Defendant
14 South Central Ave., Suite 213
Clayton, Missouri 63105
Phone: (314) 863-6364
Fax:   (314) 353-0181
E-Mail: pconroy5007@aol.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the U.S. Attorney this 20th day of July, 2016.

        /s/ Patrick T. Conroy
Patrick T. Conroy #41160MO